UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA TYLER | CIVIL ACTION NO. |
| VERSUS | 22-245-BAJ-EWD |
| UNKNOWN | |

## ORDER

Joshua Tyler ("Tyler"), who is representing himself and is confined at the East Baton Rouge Parish Prison ("EBRPP") in Baton Rouge, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against unknown Defendants.[1]

Under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and 28 U.S.C. §§ 1404(a) and 1406(a), a district court may, in the interest of justice and for the convenience of the parties, transfer a claim to a court of proper venue. Though Tyler is now incarcerated a the EBRPP, which is located within the Middle District of Louisiana, his claims arise from events occurring primarily within the Western District of Louisiana. Tyler specifically complains of an attack by other inmates that appears to have occurred while he was incarcerated at the Catahoula Correctional Center; an incident where he was brought to St. Landry Parish Jail from a hospital in Eunice, Louisiana; criminal charges arising in St. Landry Parish; and other incidents occurring at the St. Landry Parish Jail.[2] Thus, this Court finds that it is proper, for the convenience of the parties and in the interest of justice, to transfer this action to the Western District of Louisiana. Accordingly,

---

[1] R. Doc. 1.
[2] See R. Doc. 1, pp. 6-8. 28 U.S.C. § 1391(b)(1) and (2). Tyler also complains of incidents occurring in the Eastern District of Louisiana, but because most of the Complaint appears to involve incidents occurring within the Western District of Louisiana, transfer to the Western District of Louisiana is appropriate. This transfer should not be construed to indicate that jurisdiction over those claims is proper in the Western District of Louisiana, and that court may ultimately decide that the claims arising in the Eastern District of Louisiana should be severed from this action and transferred. This Court expresses no opinion on the issue.

**IT IS ORDERED**, *sua sponte*, that this action is **TRANSFERRED** to the Western District of Louisiana.[3]

Signed in Baton Rouge, Louisiana, on April 29, 2022.

                                          **ERIN WILDER-DOOMES**
                                          **UNITED STATES MAGISTRATE JUDGE**

---

[3] A court may transfer venue *sua sponte*. *Jarvis Christian College v. Exxon Corp.*, 845 F.2d 523, 528 (5th Cir. 1988).